**No. 62435.**—Hamid Shojai *v.* United States, protests 157154–K and 157229–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 10, 1958

**No. 62436.**—Louis Weinberg Associates, Inc. *v.* United States, protest 322365–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62437.**—M. Van Den Bogaerde *v.* United States, protest 323851–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62438.**—Pavalle Trading *v.* United States, protest 324269–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62439.**—Accurate Millinery Co. *v.* United States, protest 326915–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.